**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 JUN 14  PM 5: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTOPHER JAMES FOLCE

8:17 cr 296 T23 MAP
CASE NO.
18 U.S.C. § 2250(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about October 2014, and through on or about March 13, 2017, in the Middle District of Florida and elsewhere, the defendant,

CHRISTOPHER JAMES FOLCE,

having previously been convicted on March 12, 1990, in Hillsborough County, Florida, of Attempted Sexual Battery and of Lewd and Lascivious Act with a minor, offenses requiring him to register as a sex offender, traveled in interstate and foreign commerce and knowingly and unlawfully failed to register as a sex offender and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250 (a).

A TRUE BILL,

*[signature]*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *[signature]*
DIEGO F. NOVAES
Assistant United States Attorney

By: *[signature]*
STACIE HARRIS
Assistant United States Attorney
Chief, Major Crimes Section

FILED

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

2017 JUN 14  PM 5: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER JAMES FOLCE

## INDICTMENT

Violations:   18 U.S.C. § 2250(a)

A true bill,

_____
Foreperson

Filed in open court this 14th day

of June, 2017.

_____
Clerk

Bail $_____